UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION, *et al.*,<br><br>*Defendants*. | Civil Action No.: 18-2901 (BAH) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Summary Judgment, and the entire record herein, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**.

**SO ORDERED**.

_____                                          _____
Date                                                                                      United States District Judge